IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
STATE OF GEORGIA

| | |
|---|---|
| BETTY J. GIUNTINI,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>Defendant. | CIVIL ACTION NO.<br><br>5:22-CV-00323(TES) |

## ORDER SUBSTITUTING PLAINTIFF

Plaintiff's *Consent Motion to Substitute Roger Giuntini as Party Plaintiff* having come before this Court; and it appearing to the Court that Roger Giuntini has been appointed legal guardian and conservator for Plaintiff Betty Giuntini, and it further appearing that Betty Giuntini is not competent to continue the case in her own name pursuant to Fed. R. Civ. P. 25(b), and it further appearing that Defendant has consented to the substitution,

IT IS HEREBY ORDERED that Roger Giuntini, as Legal Guardian and Conservator of Betty Giuntini, Adult Ward, be substituted as the party Plaintiff in the case, and that the clerk of Court is directed to update the caption of the case bearing "Roger Giuntini, as Legal Guardian and Conservator of Betty Giuntini, Adult Ward" as the Plaintiff in the instant action.

SO ORDERED this 18th day of November, 2022.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT